IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

    Plaintiffs,

  v.

LARRY E. MILAN, individually and *dba* MILAN PRO PAINTING, MILAN PRO PAINTING, INC., a California corporation, and LARON ANTOINE MILAN, an individual,

    Defendants.

No. C 10-04565 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **GRANTS** a continuance of the case management conference to **FEBRUARY 10, 2011, AT 11:00 A.M.** All related initial disclosure deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: January 13, 2011.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE