IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

    Plaintiffs,

  v.

LARRY E. MILAN, individually and *dba*
MILAN PRO PAINTING, MILAN PRO
PAINTING, INC., a California corporation, and
LARON ANTOINE MILAN, an individual,

    Defendants.

No. C 10-04565 WHA

**ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown and the Court having already granted a three-week continuance, plaintiffs' request to continue the case management conference for sixty to ninety days is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE