IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, *et al.*,

    Plaintiffs,

v.

LARRY ERNEST MILAN, individually and *dba*
MILAN PRO PAINTING, MILAN PRO
PAINTING, INC., a California corporation, and
LARON ANTOINE MILAN, an individual,

    Defendants.
    /

No. C 10-04565 WHA

**ORDER TO
SHOW CAUSE**

    A hearing on plaintiffs' motion for default judgment is set for 2:00 p.m. on April 7, 2011. Defendants Larry Ernest Milan and Laron Antoine Milan are ordered to attend the hearing. At the hearing, Larry Ernest Milan and Laron Antoine Milan shall show cause why default judgment should not be entered against them individually and against Milan Pro Painting, Inc. and Milan Pro Painting. Plaintiffs shall promptly serve this order on defendants.

    **IT IS SO ORDERED.**

Dated: March 28, 2011.

                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE